NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BIOGEN, INC.,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2019-1364

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01168.

---

**JUDGMENT**

---

WANDA DELORIS FRENCH-BROWN, Loeb & Loeb LLP, New York, NY, argued for appellant.

SARAH E. CRAVEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by THOMAS W. KRAUSE, FRANCES LYNCH, ROBERT J. MCMANUS, FARHEENA

YASMEEN RASHEED; DENNIS FAN, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC.

––––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MOORE, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 16, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court